**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————————

**No. 01-2059**

————————————————

BERTHA R. LAWSON,

                                        Plaintiff - Appellant,

        versus

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS
AFFAIRS, Department of Veterans Affairs,

                                        Defendant - Appellee,

        and

HERSHEL GOBER, Acting Secretary, Department of
Veterans Affairs,

                                        Defendant.

————————————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-851-7)

————————————————

Submitted:  December 17, 2001        Decided:  January 14, 2002

————————————————

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————————————

Affirmed by unpublished per curiam opinion.

————————————————

Bertha R. Lawson, Appellant Pro Se.  John Francis Corcoran, OFFICE
OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bertha Ruth Lawson appeals the district court's order granting summary judgment to the Secretary of Veterans Affairs on her claims of discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001), the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-797 (West 1999 & Supp. 2001), and the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>Lawson v. Principi</u>, No. CA-00-851-7 (W.D. Va. Aug. 21, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>